## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | MASTER DOCKET NO. 17-3000L |
| THIS DOCUMENT APPLIES TO:<br><br>**Williamson, et al v. USA, 1:17-cv-01456 L** | |

## CASE IDENTIFICATION NOTICE

In response to the Court's November 13, 2017 Order, *Jaqueline Williamson, et al v. United States,* No. 1:17-cv-01456 L, concerns downstream claims.

                                                      Respectfully submitted,

                                                      Hagans Montgomery & Rustay, P.C.

                                                      By:  */s/ Fred Hagans*
                                                           William Fred Hagans
                                                           Texas Bar No. 08685500
                                                           fhagans@hagans.law
                                                           3200 Travis, Fourth Floor
                                                           Houston, Texas 77006
                                                           Tel - (713) 222-2700
                                                          Fax - (713) 547-4950

                                                         **Attorney for Jacqueline and Kirk E. Williamson, II.**

Of Counsel:

Jennifer Rustay
Texas State Bar No. 24002124
Email: jrustay@hagans.law
Carl D. Kulhanek, Jr.
Texas State Bar No. 11761850

1

Email: ckulhanek@hagans.law
Hagans Montgomery & Rustay, P.C.
3200 Travis, Fourth Floor
Houston, Texas 77006
Telephone: 713.222.2700
Facsimile: 713. 547.4950

Daniel P. Barton
Texas State Bar No. 00789775
Email: dbarton@bartonlawgroup.com
The Barton Law Group
1201 Shepard Dr.
Houston, Texas 77007
Telephone: 713.227.4747
Facsimile: 713. 621.5900

Dennis Reich
Texas State Bar No. 16739600
Email: dreich@reichandbinstock.com
Robert Binstock
Texas State Bar No. 02328350
Email: bbinstock@reichandbinstock.com
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: 713.533.8665
Facsimile: 713.623.8724

# CERTIFICATE OF SERVICE

   The undersigned certifies a true and correct copy of the foregoing document will be automatically accomplished on all known Filing Users in this case through the Notice of Electronic Filing on November 16, 2017.

Jacqueline C. Brown
Email: Jacqueline.c.brown@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
601 D Street, NW, Room 3126
Washington, DC 20004

Jeffrey H. Wood
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

**Counsel of Record for Defendant the United States**

             */s/ Fred Hagans*
             Fred Hagans