# In the United States Court of Federal Claims

(Filed: July 7, 2020)

| | |
|---|---|
| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM AND DOWNSTREAM CASES | Master Docket No. 17-3000L |

**ORDER**

To promote the efficient administration of justice, it is hereby **ORDERED**:

1. The Clerk of Court is directed to close Master Docket No. 17-3000L.

2. Until further order of the court, all future filings in the consolidated upstream cases shall continue to be made in Sub-Master Docket No. 17-9001L, assigned to Judge Charles F. Lettow.

3. Until further order of the court, all future filings in the consolidated downstream cases shall continue to be made in Sub-Master Docket No. 17-9002L, assigned to Judge Loren A. Smith.

4. Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, each individual upstream case shall be reassigned to Judge Charles F. Lettow and each individual downstream case shall be reassigned to Judge Loren A. Smith.

5. The Clerk of Court shall file a copy of this order in each individual upstream and downstream case docket and in Sub-Master Docket Nos. 17-9001L and 17-9002L.

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge